```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK CIARAMELLA, LILLIAN VELAZQUEZ, ANNEMARIE WALKER, ANTONIO MARTIN, CHRISTOPHER RUSSO, MATTHEW ADINOLFI, JODY VIRTUOSO, YVONNE HAWKINS, BLANCA CORREAS, and BRENDA PERRY, on behalf of themselves and all others similarly situated,

Plaintiffs,

- against -

HOWARD ZUCKER, as Commissioner of the Department of Health,

Defendant.

No. 18 Civ. 6945

**RULE 502(d) ORDER**

WHEREAS, the parties jointly request that this Court issue an order, pursuant to Federal Rule of Evidence 502(d) and the Court's inherent authority, which will allow the parties in this action to conduct and respond to discovery without fear that inadvertent disclosure of privileged or protected information will automatically waive such privilege or protection in this or any other action or proceeding:

1.     The inadvertent production of privileged or work-product protected documents, electronically stored information ("ESI") or other information is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2.     The provisions of this Order apply whether the documents, ESI, or other information were accidentally produced or whether, upon further review, the producing party

reasonably determines that the documents, ESI, or other information were privileged or work-product protected.

3. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| Dated:  June 16, 2020<br>New York, New York | Dated:  June 16, 2020<br>New York, New York |
| WILLKIE FARR & GALLAGHER LLP<br>By:<br>/s/ Wesley R. Powell<br>Mary Eaton, Esq.<br>Wesley R. Powell, Esq.<br>Timothy G. Fleming, Esq.<br>787 Seventh Avenue<br>New York, New York 10019<br>tel: (212) 728-8000<br>fax: (212) 728-8111<br>e-mail: meaton@willkie.com<br>e-mail: wpowell@willkie.com<br><br>THE LEGAL AID SOCIETY<br>Judith Goldiner, Esq.<br>Belkys Garcia, Esq.<br>199 Water Street, 3rd Floor<br>New York, New York 10038<br>tel. (212) 577-3300<br>e-mail: jgoldiner@legal-aid.org<br>e-mail: brgarcia@legal-aid.org<br><br>*Attorneys for Plaintiffs* | LETITIA JAMES<br>Attorney General of the State of New York<br>*Attorney for Defendant*<br><br>By:<br>/s/ Cara B. Chomski[1]<br>Cara B. Chomski<br>Assistant Attorney General<br>28 Liberty Street, 17th Floor<br>New York, New York 10005<br>tel: (212) 416-8177<br>fax: (212) 416-6075<br>e-mail: Cara.Chomski@ag.ny.gov |

---

[1] Defendant's counsel has provided written authorization for Plaintiffs' counsel to electronically sign proposed order.

**SO ORDERED.**

Dated: New York, New York
       June 29 , 2020

_____
HON. MARY KAY VYSKOCIL
United States District Judge