USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK CIARAMELLA, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

HOWARD ZUCKER, as Commissioner of the Department of Health,

Defendant.

18-cv-6945 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has referred this case to the designated magistrate judge to resolve the parties' discovery disputes [ECF #215]. Accordingly, IT IS HEREBY ORDERED that the conference that was previously scheduled to take place on May 7, 2021 is ADJOURNED *sine die*, until after Judge Cave issues her rulings. Within five days after Judge Cave rules on the parties' final outstanding dispute, the parties shall file a joint status letter, addressed to Judge Vyskocil, and the Court will either schedule a Post Discovery Conference, or set a briefing schedule for dispositive motions.

**SO ORDERED.**

Date: May 6, 2021
New York, NY

MARY KAY VYSKOCIL
United States District Judge