

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

Writer's Direct Dial: (212) 416-8575

May 17, 2021

> Defendant's letter-motion requesting an adjournment of the May 20, 2021 discovery conference (ECF No. 219) is GRANTED, and the conference is ADJOURNED to **Thursday, May 27, 2021 at 2:00 pm** on the Court's conference line. The parties are directed to call (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 219.
>
> SO-ORDERED 5/18/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**By Email**
The Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

Re: <u>Ciaramella v. Zucker</u>, No. 18 Civ. 6945 (MKV)

Dear Magistrate Judge Cave:

    I am lead counsel to defendant Howard Zucker, sued in his official capacity as Commissioner of the New York State Department of Health ("DOH" or "Defendant") in the above-referenced matter. I write to respectfully request an adjournment of the telephone conference scheduled for Thursday, May 20, 2021, because I will be unable to attend the conference due to a planned vacation. Pursuant to Your Honor's Individual Rule I(E), all counsel are available for the adjourned proceeding at any time in the afternoon of Tuesday, May 25, 2021, or all day Thursday, May 27, 2021.

    This is the first request for an adjournment of the May 20, 2021 telephone conference. Plaintiffs consent to Defendant's requested adjournment.

                                            Respectfully submitted,

                                            /s/ Cara B. Chomski
                                            Cara B. Chomski
                                            Assistant Attorney General

cc:    All counsel of record (by email)