UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK CIARAMELLA, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

HOWARD ZUCKER, as Commissioner of the Department of Health,

Defendant.

CIVIL ACTION NO.: 18 Civ. 6945 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

One of the outstanding discovery disputes to be addressed at the May 27, 2021 Telephone Discovery Conference (see ECF Nos. 218, 220) concerns the production of documents including "notes taken by Plaintiffs' experts in preparation of their expert reports and facts or data provided to Plaintiffs' experts by Plaintiffs' attorneys[.]" ECF No. 207 at 1.

Accordingly, by **Friday, May 21, 2021,** the parties shall provide to the Court the expert reports relevant to the dispute filed at ECF No. 207 (the "Expert Reports"). In the event that the Expert Reports contain confidential or privileged information, the parties may send them to the Court by joint email to Cave_NYSDchambers@nysd.uscourts.gov.

Dated: New York, New York
May 18, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**