

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Bravo et al<br><br>*Plaintiff,*<br><br>-against-<br><br>Rocky's Pizza 14th Street Corp et al<br>*Defendants.* | Index No. 1:20-cv-09100-KPF<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

      Clifford Tucker, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff(s) in the above-captioned matter, as his last day of employment with the law firm of Michael Faillace & Associates, P.C. will be Friday, May 28, 2021.

      Michael Faillace & Associates, P.C. will continue to represent the Plaintiff (s) in this matter, and no party will be prejudiced if this Motion is granted.

      WHEREFORE, undersigned counsel respectfully requests that this Court permit Clifford Tucker to withdraw as counsel for the Plaintiff(s) in this matter.

Dated: New York, New York
       May 20, 2021

Respectfully submitted,

*/s/ Clifford Tucker*
Clifford R. Tucker, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*

```
Application GRANTED.  The Clerk of Court is directed to
terminate Mr. Tucker as counsel of record for Plaintiffs.
```

```
Dated:  June 1, 2021                SO ORDERED.
        New York, New York
```

*Katherine Polk Failla*

```
                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```