UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK CIARAMELLA, et al., on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

HOWARD ZUCKER, as Commissioner of the Department of Health,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 6945 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court has completed a preliminary review of the documents Defendant has withheld on the basis of deliberative process (the "Documents"). (See ECF No. 226). The Court has questions for Defendant concerning the Documents. The parties shall meet and confer and advise the Court whether they prefer to address the Court's questions at a brief Telephone Conference on either **10:00 am on Monday, August 30, 2021** or **Friday, September 10, 2021 at 2:00 pm**, or if they prefer to address the Court's questions at the scheduled September 17, 2021 conference.

Dated:    New York, New York
            August 23, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**