UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK CIARAMELLA, et al., on behalf of
themselves and all others similarly situated,

               Plaintiffs,

    -v-

HOWARD ZUCKER, as Commissioner of the
Department of Health,

               Defendants.

CIVIL ACTION NO.: 18 Civ. 6945 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

    A Telephone Conference is scheduled on **Friday, September 10, 2021 at 2:00 pm**, on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
           August 30, 2021

                        SO ORDERED.

                        **SARAH L. CAVE**
                        **United States Magistrate Judge**