April 11, 2022

**By ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York, 10007

      Re:    <u>Ciaramella, et al. v. Zucker</u>,
                 No. 18 Civ. 6945 (MKV)

Dear Judge Vyskocil:

      The undersigned counsel represents plaintiffs Frank Ciaramella, Lillian Velazquez, AnneMarie Walker, Antonio Martin, Christopher Russo, Matthew Adinolfi, Jody Virtuoso, Yvonne Hawkins, Blanca Coreas, and Brenda Perry on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendant Mary T. Bassett, in her capacity as Commissioner of the Department of Health ("Defendant" and, with Plaintiffs, the "Parties"). Pursuant to this Court's March 17, 2022 Memo Endorsement (ECF 268), the Parties hereby submit this joint status letter.

      Since the previous Joint Status Letter (ECF 267), the Parties have made considerable progress in drafting the proposed Stipulation of Settlement ("Proposed Stipulation"), but require additional time to resolve remaining areas of disagreement. Accordingly, the Parties respectfully propose to submit a further joint update on the status of the Proposed Stipulation and related matters on or before May 11, 2022.

                                              Respectfully submitted,

                                              /s/    Wesley R. Powell
                                              Wesley R. Powell
                                              Willkie Farr & Gallagher LLP

*Counsel for Plaintiffs*

*/s/ Rene Hertzog*
Rene Hertzog[1]
Assistant Attorney General
*Counsel for Defendant*

Cc:     All counsel of record (by ECF)

---

[1] Defendant's counsel has provided Plaintiffs' counsel with authorization to sign this joint status report on Defendant's counsel's behalf.