UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK CIARAMELLA, et al., on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

HOWARD ZUCKER, as Commissioner of the Department of Health,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022
```

18-cv-6945 (MKV)

AMENDED ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: ____

At the parties' request [ECF No. 270], this case is referred back to Judge Cave.

**SO ORDERED.**

Date: May 12, 2022
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**