UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK CIARAMELLA, LILLIAN VELAZQUEZ, ANNEMARIE WALKER, ANTONIO MARTIN, CHRISTOPHER RUSSO, MATTHEW ADINOLFI, JODY VIRTUOSO, YVONNE HAWKINS, BLANCA COREAS, and BRENDA PERRY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  - against -<br><br>MARY T. BASSETT, as Commissioner of the Department of Health<br><br>        Defendant. | No. 18-CV-6945 (MKV) (SC) |

## **SUGGESTION OF DEATH UPON THE RECORD**

Plaintiffs, by their undersigned counsel, suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of named plaintiff Frank Ciaramella, on or about December 14, 2020.

Dated:  July 6, 2022

        Respectfully submitted,

        /s/ Wesley R. Powell
        Wesley R. Powell
        Timothy G. Fleming
        WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
        New York, New York 10019
        tel. (212) 728-8000
        fax. (212) 728-8111
        e-mail: wpowell@willkie.com

        FRESHFIELDS BRUCKHAUS DERINGER US LLP
        Mary Eaton
        601 Lexington Avenue, 31st Floor
        New York, New York 10022
        tel. (212) 277-4000
        e-mail: mary.eaton@freshfields.com

        THE LEGAL AID SOCIETY
        Judith Goldiner
        Belkys Garcia
        199 Water Street, 3rd Floor
        New York, New York 10038
        tel. (212) 577-3300
        e-mail: jgoldiner@legal-aid.org
        e-mail: brgarcia@legal-aid.org

        *Attorneys for Plaintiffs*