UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK CIARAMELLA, et al., on behalf of
themselves and all others similarly situated,

Plaintiffs,

-v-

CIVIL ACTION NO.: 18 Civ. 6945 (MKV) (SLC)

HOWARD ZUCKER, as Commissioner of the
Department of Health,

**ORDER**

Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the settlement conference held today, July 19, 2022, the parties shall file a status letter by **Tuesday, August 16, 2022**, advising the Court whether (i) the parties have resolved the remaining settlement disputes, and (ii) they would like to schedule a follow-up settlement conference with the Court.

Dated:      New York, New York
            July 19, 2022

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**