UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK CIARAMELLA, et al., on behalf of
themselves and all others similarly situated,

                                        Plaintiffs,

        -v-

HOWARD ZUCKER, as Commissioner of the
Department of Health,

                                        Defendant.

CIVIL ACTION NO. 18 Civ. 6945 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the in-person hearing held today, September 25, 2023 (the "Fairness Hearing"), the Court orders as follows:

1. The parties shall promptly prepare and jointly file a proposed order for final approval of the settlement.

2. The parties shall promptly order a transcript of the Fairness Hearing and file it on the docket.

Dated:          New York, New York                SO ORDERED.
                September 25, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**