UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK CIARAMELLA, et al., on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-v-

HOWARD ZUCKER, as Commissioner of the Department of Health,

                    Defendant.

CIVIL ACTION NO. 18 Civ. 6945 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held today, June 7, 2024, a further conference to continue settlement discussions is scheduled for **Monday, June 17, 2024 at 1:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            June 7, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**