UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK CIARAMELLA, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>HOWARD ZUCKER, as Commissioner of the Department of Health,<br><br>　　　　　　　　　　　Defendant. | CIVIL ACTION NO. 18 Civ. 6945 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' representation that they have resolved all outstanding issues related to their settlement and are preparing a stipulation of dismissal, the telephone conference scheduled for **Tuesday, July 2, 2024 at 4:00 p.m.** is CANCELLED.

The Clerk of Court is respectfully directed to terminate the conference scheduled for July 2, 2024.

Dated:　　　New York, New York
　　　　　　July 2, 2024

　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　United States Magistrate Judge